```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MINNESOTA LAWYERS            :    CIVIL ACTION
MUTUAL INSURANCE CO.,        :    NO. 11-1470
                             :
Plaintiff,                   :
                             :
v.                           :
                             :
CHRISTOPHER MAZULLO, et al., :
                             :
Defendant.                   :
```

### O R D E R

**AND NOW**, this **19th** day of **June, 2012,** for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 14) is **GRANTED** and Defendants' Cross-Motion for Summary Judgment (ECF No. 15) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff does not owe a duty to defend or indemnify Defendants in <u>Levene v. Mazullo & Murphy, P.C.</u> (Civil Action No. 10-1887) and <u>McFadden v. Fitzmartin</u> (Civil Action No. 08-10383), which are pending in the Court of Common Pleas of Bucks County, Pennsylvania.

**AND IT IS SO ORDERED.**

                    */s/ Eduardo C. Robreno*
                    **EDUARDO C. ROBRENO, J.**