```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MINNESOTA LAWYERS MUTUAL INSURANCE CO., | : : : | CIVIL ACTION NO. 11-1470 |
| Plaintiff, | : : | |
| v. | : : | |
| CHRISTOPHER MAZULLO, et al., | : : | |
| Defendant. | : | |

### **O R D E R**

**AND NOW**, this **19th** day of **June, 2012,** for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 14) is **GRANTED** and Defendants' Cross-Motion for Summary Judgment (ECF No. 15) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff does not owe a duty to defend or indemnify Defendants in Levene v. Mazullo & Murphy, P.C. (Civil Action No. 10-1887) and McFadden v. Fitzmartin (Civil Action No. 08-10383), which are pending in the Court of Common Pleas of Bucks County, Pennsylvania.

**AND IT IS SO ORDERED.**

             */s/ Eduardo C. Robreno*
             **EDUARDO C. ROBRENO, J.**